UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

04-12595 RGS

| | |
|---|---|
| STEPHEN WALSH ) | |
| Plaintiff ) | |
| ) | Civil Action |
| V. ) | |
| ) | No. _____ |
| WOODS HOLE, MARTHA'S VINEYARD ) | |
| AND NANTUCKET STEAMSHIP ) | |
| AUTHORITY ) | |
| Defendant ) | |

SEAMAN'S DECLARATION

The Plaintiff, Stephen Walsh, in the above entitled action was a seaman and claims the benefits of the United States Code, Title 28, Section 1916, which provides that:

"In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor"

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of December, 2004

*[signature]*
David F. Anderson
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000