OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Stephen Walsh

V.

Woods Hole, Martha's Vineyard and Nantucket Steamship Authority

SUMMONS IN A CIVIL CASE

04 - 12595 RGS

CASE NUMBER: _____

TO: (Name and address of Defendant)

WOODS HOLE MARTHA'S VINEYARD AND NANTUCKET STEAMSHIP AUTHORITY.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF=S ATTORNEY (name and address)

DAVID F. ANDERSON
Latti & Anderson LLP
30 Union Wharf
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  TONY ANASTAS

_[signature]_

DATE _____

OAO 440 (Rev. 10/93) Summons in a Civil Action

(By) DEPUTY CLERK ______________________________

OAO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE ______________________ |
| NAME OF SERVER *(PRINT)* | TITLE ______________________ |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the third-party defendant. Place where served: ______________________
- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: ______________________
- ☐ Returned unexecuted: ______________________
- ☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________ ______________________________
Date Signature of Server

______________________________
Address of Server

**Barnstable County Sheriff's Office**

I hereby certify and return that on **December 17, 2004 at 2:40 PM** I served a true and attested copy of Summons, Complaint and Demand for Jury Trial, in hand to Joan Waters, agent able to accept civil process for the within named Defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, at the last and usual business address to wit:1 Railroad Avenue, Woods Hole, MA 02543.

Fee: $54.30

William J. Dalton, Deputy Sheriff
PO Box 823, Forestdale, MA 02644