UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN WALSH,
    Plaintiff,

vs.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY,
    Defendant.

CIVIL ACTION
NO: 04-12595-RGS

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certify that they have conferred with regards to establishing a budget for costs or conducting this litigation and the possible use of Alternative Dispute Resolution programs and procedures.

INTERNATIONAL MARINE
UNDERWRITERS

_(signature)_
Bernice Ford
One Beacon Street
Boston, MA 02108
(617) 725-6711

CLINTON & MUZYKA, P.C.

_(signature)_
Kenneth M. Chiarello
BBO NO: 639274
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165

Dated:    May 10, 2005