UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN WALSH,                                      CIVIL ACTION
    Plaintiff,                                      NO: 04-12595-RGS

vs.


WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY,
    Defendant.

## DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

Now comes the defendant, Woods Hole, Martha's

Vineyard & Nantucket Steamship Authority, in the above-

entitled action, by and through its undersigned attorneys,

Clinton & Muyzka, P.C., and respectfully move this

Honorable Court, pursuant to Rule 37 of the Federal Rules

of Civil Procedure, to issue an Order compelling the

plaintiff to answer its Interrogatories and Requests for

Production of Documents within seven (7) days thereof.

As grounds in support of this motion, the defendant

submits the following for the Court's consideration.

1.    On January 13, 2005, the defendant served its
      Automatic Disclosure, Interrogatories and
      Requests for Production of Documents on the
      plaintiff.

2.    On March 15, 2005, the defendant forwarded a letter
      to the plaintiff requesting the status of his
      responses to its Interrogatories and Requests for
      Production of Document. *See, correspondence from*

*Clinton & Muzyka, P.C. to Latti & Anderson, LLP attached hereto as Exhibit "A."*

3.  Approximately three (3) months later on June 16, 2005, the defendant sent a facsimile to the plaintiff requesting responses to its outstanding discovery. The defendant also indicated therein that a Motion to Compel would be filed if responses were not received by or before June 24, 2005. *See, correspondence from Clinton & Muzyka, P.C. to Latti & Anderson, LLP attached hereto as Exhibit "B."*

4.  Despite the defendant's efforts to resolve this matter without Court intervention, the plaintiff still has not responded to its Interrogatories and Requests for Production of Documents, <u>which are now approximately six (6) months overdue</u>.

5.  Additionally, the plaintiff was scheduled to attend an Independent Medical Examination on July 27, 2005 at the New England Baptist Hospital. Despite the fact that notice of the examination was sent to plaintiff's counsel on June 22, 2005, the plaintiff failed to appear. *See, correspondence from Clinton & Muzyka, P.C. to Latti & Anderson, LLP attached hereto as Exhibit "C."*

**WHEREFORE**, the defendant, Woods Hole, Martha's

Vineyard & Nantucket Steamship Authority, prays that this

Honorable Court issue an Order compelling the plaintiff to

answer its Interrogatories and Requests for Production of

Documents within seven (7) days thereof.

3

By its attorneys,

**CLINTON & MUZYKA, P.C.**


_"/s/ Kenneth M. Chiarello"_
Thomas J. Muzyka
BBO NO: 365540
Kenneth M. Chiarello
BBO NO: 639274
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165


## LOCAL RULE 7.1(A)(2) CERTIFICATE

Boston, MA                                    August 2, 2005

    I, Kenneth M. Chiarello, hereby certify that I
attempted to resolve this issue with plaintiff's counsel
on several occasions.

"/s/Kenneth M. Chiarello"
Kenneth M. Chiarello

# EXHIBIT "A"

# CLINTON & MUZYKA, P.C.

### ATTORNEYS AT LAW
#### ONE WASHINGTON MALL, SUITE 1400
#### BOSTON, MASSACHUSETTS 02108

THOMAS E. CLINTON
THOMAS J. MUZYKA
ROBERT E. COLLINS*
KENNETH M. CHIARELLO
TERENCE G. KENNEALLY
___
ARTHUR P. SKARMEAS**
Of Counsel

*Also admitted in RI
**Also admitted in NH

TELEPHONE
(617) 723-9165
FACSIMILE
(617) 720-3489
E-MAIL:
c&m@clinmuzyka.com

March 15, 2005

*VIA REGULAR MAIL*

Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA  02109

Attention:    David Anderson, Esq.

Re:   **Stephen Walsh vs. Woods Hole,**
      **Martha's Vineyard, & Nantucket**
      **Steamship Authority**
      **Civil Action No: 04-12595-RGS**

Dear Attorney Anderson:

In reference to the above-matter, please find enclosed herewith the following documents, which were produced as a result of the HIPPA Authorizations executed by your client:

1. Falmouth Hospital;
2. Bay Radiology Associates, Inc.;
3. Falmouth Sports Center;
4. Nantucket Cottage Hospital;
5. Cape Cod Sports Medicine, and;
6. Timothy Lepore, M.D..

We will provide you with any additional documents upon receipt. In the interim, please advise of the status of plaintiff's Answers to Interrogatories and Responses to Requests for Production of Documents, which were due last month.

Thank you for your cooperation.

Very truly yours,

Kenneth M. Chiarello

Enclosures.

# EXHIBIT "B"

# CLINTON & MUZYKA, P.C.

ONE WASHINGTON MALL, SUITE 1400

BOSTON, MA  02108

617.723.9165  TEL

617.720.3489  FAX

KCHIARELLO@CLINMUZYKA.COM

# FACSIMILE TRANSMITTAL SHEET

| TO:<br>David Anderson, Esq. | FROM:<br>Kenneth M. Chiarello |
|---|---|
| COMPANY:<br>Latti & Anderson, LLP | DATE:<br>June 16, 2005 |
| FAX NUMBER:<br>617-523-7394 | TOTAL NO. OF PAGES INCLUDING COVER:<br>1 |
| PHONE NUMBER:<br>617-523-1000 | SENDERS REFERENCE NO: |

**Re:   STEVEN WALSH vs. WOODS**
**HOLE, MARTHA'S VINYEARD &**
**NANTUCKET STEAMSHIP AUTHORITY**
**Civil Action No: 04-12595-RGS**

Dear Dave,

In reference to the above-matter, the defendant served its Requests for Production of Documents and Interrogatories on January 13, 2005.  As of this writing, we have not received any responses or answers.  Because approximately five (5) months has elapsed, we intend to file a Motion to Compel if responses are not received by or before June 24, 2005. We are providing you with advance notice of our intentions as a matter of professional courtesy.

If you would like to discuss this matter further, please do not hesitate to contact the undersigned.  Thank you for your cooperation.

Very truly yours,

*Kenneth M. Chiarello*

```
┌─────────────────────────────────┐
│  TRANSMISSION  REPORT           │
└─────────────────────────────────┘
```

                                        (THU) JUN 16 2005 17:07

Account Name  :
DESTINATION   : 16175237394              DOCUMENT#    : 6337455-757
DEST. NUMBER  : 16175237394              TIME STORED  : JUN 16 17:06
                                         TIME SENT    : JUN 16 17:07
                                         DURATION     : 14sec
F CODE        :                          MODE         : ECM


PAGES         : 1 sheets
RESULT        : OK


# CLINTON & MUZYKA, P.C.

## ONE WASHINGTON MALL, SUITE 1400

### BOSTON, MA   02108

### 617.723.9165 TEL

### 617.720.3489 FAX

### KCHIARELLO@CLINMUZYKA.COM

---

# FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| David Anderson, Esq. | Kenneth M. Chiarello |
| **COMPANY:** | **DATE:** |
| Latti & Anderson, LLP | June 16, 2005 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 617-523-7394 | 1 |
| **PHONE NUMBER:** | **SENDERS REFERENCE NO:** |
| 617-523-1000 | |

Re:   **STEVEN WALSH vs. WOODS
HOLE, MARTHA'S VINYEARD &
NANTUCKET STEAMSHIP AUTHORITY
Civil Action No: 04-12595-RGS**

Dear Dave,

      In reference to the above-matter, the defendant served its Requests for Production of Documents and Interrogatories on January 13, 2005. As of this writing, we have not received any responses or answers. Because approximately five (5) months has elapsed, we intend to file a Motion to Compel if responses are not received by or before June 24, 2005. We are providing you with advance notice of our intentions as a matter of professional

# EXHIBIT "C"

# CLINTON & MUZYKA, P.C.

ATTORNEYS AT LAW

ONE WASHINGTON MALL, SUITE 1400

BOSTON, MASSACHUSETTS 02108

THOMAS E. CLINTON
THOMAS J. MUZYKA
ROBERT E. COLLINS*
KENNETH M. CHIARELLO
TERENCE G. KENNEALLY
———
ARTHUR P. SKARMEAS**
Of Counsel

*Also admitted in RI
**Also admitted in NH

TELEPHONE
(617) 723-9165

FACSIMILE
(617) 720-3489

E-MAIL:
c&m@clinmuzyka.com

June 22, 2005

Latti & Anderson, LLP
30-31 Union Wharf
Boston, MA   02109

Attention:    David Anderson, Esq.

Re:   Stephen Walsh vs. Woods Hole,
      Martha's Vineyard, & Nantucket
      Steamship Authority
      Civil Action No: 04-12595-RGS

Dear Attorney Anderson:

We refer to the above matter and we wish to advise
that we have scheduled an independent medical examination
of Stephen Walsh at the office of Edward A. Nalebuff, M.D.,
Hand Surgical Associates, 125 Parker Hill Avenue, Boston,
MA 02120 (617) 738-0857, for Wednesday, July 27, 2005 at
1:00 p.m.

Please note, any cancellation of this appointment must
be given 48 hours in advance of the scheduled examination
in order to avoid incurrence of unnecessary expenses by
cancellation of an appointment.

Thank you for your cooperation and courtesy in this
regard.

Very truly yours,

Kenneth M. Chiarello

KMC:cm