| DIAGNOSIS CODE | SERVICE DATE | PROCEDURE CODE | PATIENT NAME | DOCTOR CODE | DESCRIPTION | PATIENT | INSURANCE |
|---|---|---|---|---|---|---|---|
| | | | WALSH | | Balance Carried Forward | 0.00 | 0.00 |
| | 091305 | | STEPH | EAN | NO SHOW FEE | 500.00 | |
| | | | | | ***TOTAL FOR VISIT 1*** | 500.00 | 0.00 |



| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | | PATIENT | INSURANCE |
|---|---|---|---|---|---|---|---|
| 500.00 | | | | | BALANCE DUE | 500.00 | 0.00 |

| ACCOUNT NUMBER | | PATIENT IS RESPONSIBLE FOR |
|---|---|---|
| 29609 | STEPHEN WALSH | "BALANCE DUE" SHOWN |

HAND SURGICAL ASSOCIATES, INC.
125 PARKER HILL AVE
BOSTON, MA  02120
Telephone:  (617)-738-0857

Clinton & Muzyka, P.C.                                                          4709

Hand Surgical Associates, Inc.                        10/26/2005            500.00

Walsh, Stephen - No Show Fee
Account No. 29609

PAYMENT RECORD

EXHIBIT "C"

Disbursement Accoun    Walsh, Stephen - No Show Fee                    500.00

510460 (8/04)