UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-12595-RGS

STEPHEN WALSH

v.

WOODS HOLE, MARTHA'S VINEYARD AND
NANTUCKET STEAMSHIP AUTHORITY

ORDER ON DEFENDANT'S MOTION
TO PRECLUDE EVIDENCE OF PERSONAL INJURY

December 1, 2005

STEARNS, D.J.

The court will deny the motion on plaintiff's attorney's representation that any fault is his and not the plaintiff's personally and that the defendant will be reimbursed its reasonable costs for plaintiff's failure to appear at the two scheduled independent medical examinations.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE