UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN WALSH,<br>    Plaintiff, | CIVIL ACTION<br>NO: 04-12595-RGS |
| vs. | |
| WOODS HOLE, MARTHA'S VINEYARD<br>AND NANTUCKET STEAMSHIP<br>AUTHORITY,<br>    Defendant. | |

## JOINT MOTION REQUESTING THAT THIS MATTER BE REFERRED TO MAGISTRATE JUDGE BOWLER FOR MEDIATION

Now come the parties, in the above-entitled action, by and through their undersigned attorneys, and respectfully move this Honorable Court to refer this matter to Magistrate Judge Bowler for Mediation.

Respectfully submitted,

| FOR THE PLAINTIFF | FOR THE DEFENDANT |
|---|---|
| "/s/ David F. Anderson"<br>David F. Anderson<br>BBO NO: 560994<br>LATTI & ANDERSON, LLP<br>30-31 Union Wharf<br>Boston, MA  02109<br>(617) 723-9165 | "/s/ Thomas J. Muzyka"<br>Thomas J. Muzyka<br>BBO NO: 365540<br>Kenneth M. Chiarello<br>BBO NO: 639274<br>CLINTON & MUZYKA, P.C.<br>One Washington Mall<br>Suite 1400<br>Boston, MA  02108<br>(617) 723-0165 |

Dated: December 1, 2006