```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


STEPHEN WALSH,                          CIVIL ACTION
      Plaintiff,                        NO: 04-12595-RGS

vs.


WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY,
      Defendant.
```

**DEFENDANT'S ASSENTED TO MOTION TO CONTINUE THE JANUARY 23, 2007 MEDIATION UNTIL JANUARY 30, 2007**

Now comes the defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, in the above-entitled action, by and through its undersigned attorneys, Clinton & Muzyka, P.C., and respectfully moves this Honorable Court to continue the January 23, 2007 Mediation until January 30, 2007. As grounds in support, defense counsel submits that he has a scheduling conflict that day, and further submits that his Senior Claims Manager, Robert Wheeler of International Marine Underwriters, also has a scheduling conflict.

**WHEREFORE**, the defendant, Woods Hole, Martha's Vineyard & Nantucket Steamship Authority, prays that this Honorable Court continue the January 23, 2007 Mediation until January 30, 3007.

2

        Respectfully submitted,

        By its attorneys,

        <u>"/s/ Kenneth M. Chiarello"</u>
        Thomas J. Muzyka
        BBO NO: 365540
        Kenneth M. Chiarello
        BBO NO: 639274
        CLINTON & MUZYKA, P.C.
        One Washington Mall
        Suite 1400
        Boston, MA  02108
        (617) 723-0165

**ASSENTED TO:**

<u>"/s/ David F. Anderson"</u>
David F. Anderson
BBO NO: 560994
LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA  02109
(617) 723-9165

Dated: January 17, 2007