UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN WALSH,<br>    Plaintiff, | CIVIL ACTION<br>NO: 04-12595-RGS |

vs.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY,
    Defendant.

### JOINT MOTION TO CONTINUE THE JANUARY 30, 2007 MEDIATION

Now come the parties, in the above-entitled action, by and through their undersigned attorneys, and respectfully move this Honorable Court to continue the January 30, 2007 Mediation until March of 2007. As grounds in support, the plaintiff submits that Attorney David Anderson has started a trial within the Suffolk Superior Court and the plaintiff does not feel comfortable having the mediation handled by another attorney in his office. Defense counsel has no objection to continuing the Mediation until March of 2007, and has joined in this motion.

Respectfully submitted,

| **FOR THE PLAINTIFF** | **FOR THE DEFENDANT** |
|---|---|
| "/s/ Carolyn M. Latti"<br>Carolyn M. Latti<br>BBO NO:<br>LATTI & ANDERSON, LLP<br>30-31 Union Wharf<br>Boston, MA  02109<br>(617) 723-9165 | "/s/ Kenneth M. Chiarello"<br>Thomas J. Muzyka<br>BBO NO: 365540<br>Kenneth M. Chiarello<br>BBO NO: 639274<br>CLINTON & MUZYKA, P.C.<br>One Washington Mall<br>Suite 1400<br>Boston, MA  02108<br>(617) 723-0165 |

Dated: December 1, 2006