**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

  Stephen Walsh_____
          Plaintiff(s)

          V.                        CIVIL ACTION NO. 04-12595-RGS

  Woods Hole, Martha's Vineyard
  & Nantucket Steamship Authority
          Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE \_\_\_\_STEARNS\_\_\_\_\_

[ ]  The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[x]  On \_\_\_\_\_3/19/2007\_\_\_\_\_ I held the following ADR proceeding:

    _____  SCREENING CONFERENCE  _____ EARLY NEUTRAL EVALUATION
    \_\_X\_\_\_  MEDIATION  _____ SUMMARY BENCH / JURY TRIAL
    _____  MINI-TRIAL  _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[x]  Settled. Your clerk should enter a  60  day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

3/19/2007_____                     _____/s/ Marianne B. Bowler, USMJ\_\_\_\_
DATE                                                    ADR Provider

(ADR Report (Walsh).wpd - 4/12/2000)                                                 [adrrpt.]