```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

**STEPHEN WALSH,**                              CIVIL ACTION
    **Plaintiff,**                              NO: 04-12595-RGS

vs.

**WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY,**
    **Defendant.**

### JOINT MOTION TO EXTEND THE SETTLEMENT ORDER OF DISMISSAL AN ADDITIONAL THIRTY (30) DAYS

Now come the parties, in the above-entitled action, by and through their undersigned attorneys, and respectfully move this Honorable Court to extend the Settlement Order of Dismissal an additional thirty (30) days. As grounds in support, the parties submit that they have exchanged several drafts of the closing papers since Mediation, but require an additional thirty (30) days in order to consummate the settlement.

**WHEREFORE**, the parties pray that this Honorable Court extend the Settlement Order of Dismissal an additional thirty (30) days (June 20, 2007).

Respectfully submitted,

**FOR THE PLAINTIFF**                    **FOR THE DEFENDANT**


"/s/ David F. Anderson"              "/s/ Kenneth M. Chiarello"
David F. Anderson                    Thomas J. Muzyka
BBO NO: 560994                       BBO NO: 365540
LATTI & ANDERSON, LLP                Kenneth M. Chiarello
30-31 Union Wharf                    BBO NO: 639274
Boston, MA  02109                    CLINTON & MUZYKA, P.C.
(617) 723-9165                       One Washington Mall
                                     Suite 1400
                                     Boston, MA  02108
                                     (617) 723-0165


Dated: May 18, 2007