UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN WALSH,
    Plaintiff,

CIVIL ACTION
NO: 04-12595-RGS

vs.

WOODS HOLE, MARTHA'S VINEYARD
AND NANTUCKET STEAMSHIP
AUTHORITY,
    Defendant.

### STIPULATION OF DISMISSAL

Now come the parties, in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-cited action be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 21 day of ~~April,~~ June 2007.

ATTORNEY FOR PLAINTIFF,

_David F. Anderson_
David F. Anderson
BBO NO. 560994
LATTI & ANDERSON
30-31 Union Wharf
Boston, MA 02109
(617)523-1000

ATTORNEY FOR DEFENDANT

_Thomas J. Muzyka_
Thomas J. Muzyka
BBO NO. 365540
Kenneth M. Chiarello
BBO NO. 639274
CLINTON & MUZYKA, P.C.
One Washington Mall
Suite 1400
Boston, MA 02108
(617) 723-9165